UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| RACHEL RUSSELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Case No. 15-cv-1330 |

## O R D E R & O P I N I O N

On August 10, 2015, Plaintiff, proceeding *pro se*, filed the present appeal from the Social Security Administration's final decision denying her benefits. (Doc. 1). After Defendant was served, the Clerk of Court sent Plaintiff a copy of Local Rule 8.1(D), setting forth the procedures for social security cases in this district. (Doc. 9). Under that rule, a plaintiff must file a motion for summary judgment within thirty days after the responsive pleading is filed. CDIL-LR 8.1(D). Plaintiff's motion was initially due February 8, 2016. On January 19, 2016, Plaintiff motioned the Court to appoint counsel. On March 22, 2016, the Court denied that motion. The Court did not notice the matter again until November 22, 2016, when it realized Plaintiff had not taken any action in the case. On that day, the Court entered a text order reminding her of her obligations under Local Rule 8.1 and directing her to file a Motion for Summary Judgment and a Memorandum of Law, or otherwise show cause why the Court should not dismiss the matter for Plaintiff's failure to move forward with the case. The Court has yet to receive any filings from Plaintiff—not a motion for summary judgment, not a request for more time, nothing. Because Plaintiff has filed

no motions or attempted to explain her failures despite expiration of the deadline on December 22, 2016 to take some action, this case will now be dismissed for failure to prosecute.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for want of prosecution.

CASE TERMINATED.

Entered this 9th day of January, 2017.

s/ Joe B. McDade
JOE BILLY McDADE
United States Senior District Judge
